IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DONALD TAYLOR, :
:
    Plaintiff(s), :
: Case Number: 1:08cv462
vs. :
: Chief Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 10, 2009 a Report and Recommendation (Doc. 10). Subsequently, the defendant filed objections to such Report and Recommendation (Doc 11) and plaintiff's filed a response to defendant's objections (Doc. 12).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the decision of the Commissioner denying Plaintiff a period of disability, disability insurance benefits and supplemental security income payments is **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE,** and **REVERSED.**

This matter is **REMANDED** to the ALJ for an immediate award of benefits and as no further matters remain pending for the Court's review, this case is **CLOSED.**

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court